IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY – TRENTON VICINAGE

| | | |
|---|---|---|
| GLEN W. WEST, SR.,<br><br>      *Plaintiff,*<br><br>  v.<br><br>GENERAL MOTORS LLC,<br><br>     *Defendant.* | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No.:<br>3:11-cv-00819-JAP -LHG<br><br>CERTIFICATION OF RICKY M. GUERRA<br><br>ELECTRONICALLY FILED |

I, Ricky M. Guerra of full age hereby certify as follows:

1.     I am an attorney licensed in the State of New Jersey and an associate at the law firm of Lavin, O'Neil, Ricci, Cedrone & DiSipio, counsel for defendant General Motors LLC ("GM") in this litigation.  I am fully familiar with the facts and circumstances in the above-referenced matter.

2.     Attached as Exhibit "A" is a true and correct copy of my correspondence dated February 15, 2011 demanding that plaintiff's lawsuit be referred to arbitration as provided for in the Arbitration Agreement signed by the parties.

3.     Attached as Exhibit "B" is a true and correct copy of the Stockholders Agreement dated December 17, 2008 between plaintiff and General Motors Corporation.

4.     Attached as Exhibit "C" is a true and correct copy of the Arbitration Agreement dated December 17, 2008 between plaintiff and General Motors Corporation.

5.    Attached as Exhibit "D" is a true and correct copy of the Stockholders Agreement dated January 28, 2010 between plaintiff and General Motors LLC.


Date: February 17, 2011      By:  /s/ Ricky M. Guerra