# EXHIBIT F



**Motors Holding**

<u>Personal and Confidential</u>

February 8, 2011

**Hand Delivered**

Mr. Glen W. West, Sr.
Superior Chevrolet, Inc.
200 Renaissance Blvd.
Lawrenceville, NJ 08648

Dear Mr. West:

Please be advised that pursuant to Paragraph 3.1(b), (c) and (e) of the Stockholders Agreement (the "Agreement"), dated January 28, 2010 and entered into by and among Superior Chevrolet, Inc. (the "Dealer Company"), General Motors LLC, Motors Holding ("MH") and Glen W. West, you are hereby notified that MH as Investor – as that term is defined in the Agreement – is exercising its option to purchase the Common Stock of the Dealer Company. This letter shall serve as the Option Notice required under Article III of the Agreement.

Under the terms of the Agreement, you granted MH the option to purchase your Common Stock in the event that you failed to maintain the Dealer Company's books and records according to the procedures approved by the Board, or at any time after the Operator has engaged in, or causes the Dealer Company to engage in, fraud or self-dealing or other misconduct, or in the event that the Dealer Company has an Unrecovered Loss (as defined in the Certificate of Incorporation) that exceeds $281,500.00  As of December 31, 2010, and based on the financial statements of the Dealer Company, there was an actual unrecovered loss of $439,519.00.  In addition, there are numerous examples of self-dealing and failure to maintain books and records according to procedures approved by the Board, such as, but not limited to, undocumented and questionable travel and entertainment expenses, co-mingling and misappropriation of funds for the benefit of Capitol Chevrolet, Inc., and undocumented and questionable payments to Bank of America to reduce outstanding balances on three credit cards that were not in the name of the Dealer Company.

MH is hereby exercising its rights under the Agreement to purchase the Common Stock.

Based on the December, 2010 Operating Report you have submitted on behalf of the Dealer Company, MH's good faith estimate of the Stock Option Price is $0. In accordance with the Agreement, the Dealer Company's accountants will conduct a certified audit and shall be directed to determine the Stock Option Price as of the Exercise Date.

GENERAL MOTORS LLC
(Motors Holding)

By: *Valerie A. Ochsater*
Assistant Secretary

General Motors LLC     100 Renaissance Center – Mail Code 482-A16-D66     Detroit, MI 48265